**ALPHAVAX, INC., Plaintiff–Appellant,**

v.

**NOVARTIS VACCINES AND DIAGNOSTICS, INC., Defendant–Appellee.**

No. 2010–1487.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2012.

Steven B. Kelber, Berenato & White, LLC, Bethesda, MD, for Plaintiff–Appellant.

Sarah Chapin Columbia, McDermott, Will & Emery, Boston, MA, Thomas P. Steindler, M. Miller Baker, McDermott, Will & Emery, Washington, DC, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the parties' stipulation for dismissal pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.